**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF FRANCISCO NUNEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-02588-MWC-CTS<br><br>**ENTRY OF JUDGMENT** |

On October 14, 2026, the Court granted Defendants' Motion for Summary Judgment (Dkt. # 52) in its entirety. Dkt. # 68. The Court, having granted summary judgment in favor of Defendants, **ORDERS** that **JUDGMENT** shall be **ENTERED** on behalf of Defendants, that Plaintiffs shall recover nothing, and that Defendants shall recover from Plaintiffs the costs allowed under federal law, including pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

DATED: October 19, 2026

Hon. Michelle Williams Court
United States District Judge